## KATY COAL CO. et al. v. LAWSON.

Court of Appeals of Kentucky.

May 22, 1953.

522

C. A. Noble, Hazard, for appellants.
Wm. Melton, Hazard, for appellee.

PER CURIAM.

█ The judgment appealed from herein was rendered at the July, 1952, term of the Perry Circuit Court, and the appeal, therefore, comes within the purview of KRS 21.-080 as amended by Chapter 24 of the Acts of 1952.

█ We have examined the record and the briefs of counsel, and find that the amount involved is only $228.37 and that the judgment is supported by the evidence.

The motion for an appeal is overruled and the judgment is affirmed.